SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3902
DIRECT FAX
(917) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 2, 2019

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
40 Centre Street, Room 2202
New York, New York 10007

        RE:    *Marcu v. Cheetah Mobile Inc.*, 18-cv-11184-JMF

Dear Judge Furman:

      We write on behalf of Defendant Cheetah Mobile Inc. ("Cheetah Mobile") in this putative securities class action to respectfully request, pursuant to Rule 1(E) of Your Honor's Individual Practices, that Cheetah Mobile's deadline to answer, move against or otherwise respond to the complaint, which is currently January 4, 2019, be adjourned until after a lead plaintiff has been appointed and an amended complaint has been filed. On December 13, 2018, the Court ordered that members of the purported class have until January 29, 2019 to move to serve as lead plaintiff. (ECF No. 8.) A status conference to consider any such motions—which is the parties' next scheduled appearance before the Court—is set for February 13, 2019. (*Id.*) We anticipate that whoever is appointed lead plaintiff will wish to file an amended complaint. We have met and conferred with Plaintiff Marcu's counsel and they agree that it would be more efficient to extend Cheetah Mobile's time to respond to the complaint until after a lead plaintiff has been appointed and an amended complaint has been filed.[1] This is the first request to extend this deadline.

                                        Respectfully submitted,

                                        */s/ Robert A. Fumerton*

                                        Robert A. Fumerton

cc:      All counsel of record via ECF.

---

[1] We represent only Cheetah Mobile in this action. To our knowledge, the Individual Defendants—Sheng Fu and Vincent Zhenyu Jiang—have not been served.