# EXHIBIT B

**Chunli Ma**
**Transactions in Cheetah Mobile Inc. (CMCM) Securities**
**Class Period: April 26, 2017 and November 27, 2018, inclusive**

|  | TOTAL |
|---|---:|
| Gross Shares Purchased | 24,000 |
| Net Retained Shares | 19,000 |
| Net Funds Expended | $148,537.26 |
| Straight LIFO Losses | $24,098.43 |
| *Dura* LIFO | $26,652.95 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---:|---:|---:|
| 11-26-2018 | B | 1,841 | $ 8.15 | 14,994.95 |
| 11-26-2018 | B | 1,859 | $ 8.15 | 15,150.85 |
| 11-26-2018 | B | 2,300 | $ 8.15 | 18,744.77 |
| 11-26-2018 | B | 1,400 | $ 8.00 | 11,204.62 |
| 11-26-2018 | B | 400 | $ 8.00 | 3,201.60 |
| 11-26-2018 | B | 1,200 | $ 8.01 | 9,606.00 |
| 11-27-2018 | B | 400 | $ 7.36 | 2,945.84 |
| 11-27-2018 | B | 1,000 | $ 7.37 | 7,368.40 |
| 11-27-2018 | B | 3,000 | $ 7.38 | 22,137.00 |
| 11-27-2018 | B | 600 | $ 7.38 | 4,425.84 |
| 11-27-2018 | S | (200) | $ 7.91 | (1,581.00) |
| 11-27-2018 | S | (2,320) | $ 7.90 | (18,328.00) |
| 11-27-2018 | S | (100) | $ 7.89 | (789.00) |
| 11-27-2018 | S | (300) | $ 7.88 | (2,364.00) |
| 11-27-2018 | S | (2,080) | $ 7.87 | (16,369.60) |
| 11-27-2018 | B | 400 | $ 7.84 | 3,137.72 |
| 11-27-2018 | B | 500 | $ 7.85 | 3,925.05 |
| 11-27-2018 | B | 400 | $ 7.86 | 3,145.68 |
| 11-27-2018 | B | 3,700 | $ 7.87 | 29,134.54 |
| 11-27-2018 | B | 5,000 | $ 7.77 | 38,846.00 |
|  | *After-CP* |  |  |  |
| 12-21-2018 | S | (19,000) | $ 06.00 | (114,000.00) |