# EXHIBIT C

**Cheetah Mobile Inc. (CMCM)**
**Class Period: April 26, 2017, and November 27, 2018**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 62-Day* Mean Price $6.4283 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang, Xuefeng | 7/24/2017 | 10,000 | $10.7600 | ($107,600) | 8/22/2017 | (5,000) | $10.6084 | $53,042 | | | |
| Zhang, Xuefeng | 8/2/2017 | 20,000 | $10.8900 | ($217,800) | 11/8/2017 | (10,000) | $10.9000 | $109,000 | | | |
| Zhang, Xuefeng | 8/10/2017 | 30,000 | $10.5667 | ($317,000) | 11/21/2017 | (14,000) | $12.1286 | $169,800 | | | |
| Zhang, Xuefeng | 8/21/2017 | 10,000 | $11.0200 | ($110,200) | 11/30/2017 | (6,000) | $12.8010 | $76,806 | | | |
| Zhang, Xuefeng | 8/22/2017 | 5,000 | $10.8999 | ($54,500) | 12/28/2017 | (36,000) | $11.4786 | $413,231 | | | |
| Zhang, Xuefeng | 8/22/2017 | 20,000 | $10.5050 | ($210,100) | 1/4/2018 | (5,000) | $13.6499 | $68,249 | | | |
| Zhang, Xuefeng | 8/23/2017 | 3,424 | $10.1211 | ($34,655) | 1/5/2018 | (4,000) | $13.9252 | $55,701 | | | |
| Zhang, Xuefeng | 9/6/2017 | 26,576 | $9.2405 | ($245,574) | 1/11/2018 | (31,000) | $17.4758 | $541,750 | | | |
| Zhang, Xuefeng | 9/7/2017 | 6,000 | $9.1383 | ($54,830) | 1/12/2018 | (10,000) | $16.0000 | $160,000 | | | |
| Zhang, Xuefeng | 9/12/2017 | 4,000 | $9.1950 | ($36,780) | 1/16/2018 | (20,000) | $15.6375 | $312,750 | | | |
| Zhang, Xuefeng | 9/13/2017 | 15,000 | $9.4996 | ($142,495) | 3/19/2018 | (8,000) | $13.2000 | $105,600 | | | |
| Zhang, Xuefeng | 9/18/2017 | 5,000 | $9.5395 | ($47,698) | 3/22/2018 | (13,000) | $11.9081 | $154,805 | | | |
| Zhang, Xuefeng | 9/20/2017 | 5,000 | $9.0780 | ($45,390) | 3/29/2018 | (10,400) | $13.2600 | $137,904 | | | |
| Zhang, Xuefeng | 10/30/2017 | 5,000 | $8.7194 | ($43,597) | 4/4/2018 | (10,000) | $12.8000 | $128,000 | | | |
| Zhang, Xuefeng | 11/9/2017 | 10,000 | $10.5997 | ($105,997) | 4/20/2018 | (503) | $12.6500 | $6,363 | | | |
| Zhang, Xuefeng | 11/10/2017 | 20,000 | $11.2887 | ($225,775) | 4/30/2018 | (1,497) | $13.5000 | $20,210 | | | |
| Zhang, Xuefeng | 11/13/2017 | 1,000 | $10.9298 | ($10,930) | 5/23/2018 | (7,100) | $13.1000 | $93,010 | | | |
| Zhang, Xuefeng | 11/14/2017 | 3,000 | $10.4262 | ($31,279) | 5/29/2018 | (10,357) | $13.4020 | $138,805 | | | |
| Zhang, Xuefeng | 11/22/2017 | 5,000 | $12.4000 | ($62,000) | 5/31/2018 | (9,643) | $14.2000 | $136,931 | | | |
| Zhang, Xuefeng | 11/24/2017 | 5,000 | $11.9464 | ($59,732) | 7/2/2018 | (9,000) | $9.0268 | $81,241 | | | |
| Zhang, Xuefeng | 11/28/2017 | 4,000 | $11.7891 | ($47,156) | 7/30/2018 | (12,262) | $8.1713 | $100,196 | | | |
| Zhang, Xuefeng | 11/29/2017 | 2,000 | $11.7000 | ($23,400) | 7/31/2018 | (20,000) | $8.4000 | $168,000 | | | |
| Zhang, Xuefeng | 12/1/2017 | 6,000 | $12.4000 | ($74,400) | 8/10/2018 | (60,738) | $8.4239 | $511,652 | | | |
| Zhang, Xuefeng | 12/4/2017 | 4,000 | $11.8541 | ($47,416) | 8/15/2018 | (90,700) | $7.8307 | $710,246 | | | |
| Zhang, Xuefeng | 12/7/2017 | 3,000 | $11.2559 | ($33,768) | 8/16/2018 | (100) | $8.5000 | $850 | | | |
| Zhang, Xuefeng | 12/12/2017 | 2,000 | $11.1450 | ($22,290) | 10/31/2018 | (200) | $9.3000 | $1,860 | | | |
| Zhang, Xuefeng | 12/19/2017 | 1,000 | $11.0680 | ($11,068) | | | | | | | |
| Zhang, Xuefeng | 1/4/2018 | 5,000 | $12.7000 | ($63,500) | | | | | | | |
| Zhang, Xuefeng | 1/5/2018 | 4,000 | $13.4000 | ($53,600) | | | | | | | |
| Zhang, Xuefeng | 1/9/2018 | 1,000 | $13.7809 | ($13,781) | | | | | | | |
| Zhang, Xuefeng | 1/17/2018 | 5,000 | $15.0000 | ($75,000) | | | | | | | |
| Zhang, Xuefeng | 1/18/2018 | 19,000 | $15.9421 | ($302,900) | | | | | | | |
| Zhang, Xuefeng | 1/19/2018 | 780 | $16.2400 | ($12,667) | | | | | | | |
| Zhang, Xuefeng | 1/23/2018 | 10,220 | $15.9384 | ($162,890) | | | | | | | |
| Zhang, Xuefeng | 1/24/2018 | 2,000 | $15.7775 | ($31,555) | | | | | | | |
| Zhang, Xuefeng | 1/30/2018 | 8,000 | $15.7324 | ($125,859) | | | | | | | |
| Zhang, Xuefeng | 2/1/2018 | 5,000 | $15.6533 | ($78,266) | | | | | | | |
| Zhang, Xuefeng | 2/2/2018 | 10,000 | $14.8045 | ($148,045) | | | | | | | |
| Zhang, Xuefeng | 2/5/2018 | 26,650 | $13.6626 | ($364,107) | | | | | | | |
| Zhang, Xuefeng | 2/6/2018 | 8,350 | $13.0510 | ($108,976) | | | | | | | |
| Zhang, Xuefeng | 2/7/2018 | 1,000 | $13.1927 | ($13,193) | | | | | | | |
| Zhang, Xuefeng | 2/8/2018 | 4,000 | $12.6900 | ($50,760) | | | | | | | |
| Zhang, Xuefeng | 2/9/2018 | 10,000 | $12.1000 | ($121,000) | | | | | | | |
| Zhang, Xuefeng | 2/27/2018 | 20,000 | $13.6500 | ($273,000) | | | | | | | |
| Zhang, Xuefeng | 3/13/2018 | 20,000 | $14.3625 | ($287,250) | | | | | | | |
| Zhang, Xuefeng | 3/14/2018 | 30,000 | $13.7039 | ($411,117) | | | | | | | |
| Zhang, Xuefeng | 3/15/2018 | 8,000 | $12.3521 | ($98,817) | | | | | | | |
| Zhang, Xuefeng | 3/20/2018 | 3,000 | $12.5000 | ($37,500) | | | | | | | |

**Cheetah Mobile Inc. (CMCM)**
**Class Period: April 26, 2017, and November 27, 2018**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 62-Day* Mean Price $6.4283 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang, Xuefeng | 3/21/2018 | 5,000 | $12.5000 | ($62,500) | | | | | | | |
| Zhang, Xuefeng | 3/26/2018 | 15,000 | $11.7009 | ($175,514) | | | | | | | |
| Zhang, Xuefeng | 3/27/2018 | 400 | $11.5000 | ($4,600) | | | | | | | |
| Zhang, Xuefeng | 4/2/2018 | 10,000 | $12.3919 | ($123,919) | | | | | | | |
| Zhang, Xuefeng | 4/10/2018 | 9,303 | $12.6157 | ($117,364) | | | | | | | |
| Zhang, Xuefeng | 4/16/2018 | 697 | $12.0600 | ($8,406) | | | | | | | |
| Zhang, Xuefeng | 4/19/2018 | 2,000 | $12.0649 | ($24,130) | | | | | | | |
| Zhang, Xuefeng | 5/1/2018 | 2,000 | $12.8793 | ($25,759) | | | | | | | |
| Zhang, Xuefeng | 5/4/2018 | 1,000 | $12.4557 | ($12,456) | | | | | | | |
| Zhang, Xuefeng | 5/11/2018 | 1,000 | $12.1883 | ($12,188) | | | | | | | |
| Zhang, Xuefeng | 5/14/2018 | 1,000 | $12.1100 | ($12,110) | | | | | | | |
| Zhang, Xuefeng | 5/15/2018 | 1,000 | $11.6798 | ($11,680) | | | | | | | |
| Zhang, Xuefeng | 5/21/2018 | 1,100 | $12.2909 | ($13,520) | | | | | | | |
| Zhang, Xuefeng | 6/1/2018 | 14,810 | $12.5408 | ($185,729) | | | | | | | |
| Zhang, Xuefeng | 6/4/2018 | 1,190 | $12.2399 | ($14,566) | | | | | | | |
| Zhang, Xuefeng | 6/5/2018 | 2,000 | $11.9850 | ($23,970) | | | | | | | |
| Zhang, Xuefeng | 6/8/2018 | 2,000 | $11.7275 | ($23,455) | | | | | | | |
| Zhang, Xuefeng | 6/12/2018 | 5,000 | $12.1200 | ($60,600) | | | | | | | |
| Zhang, Xuefeng | 6/13/2018 | 5,000 | $12.0711 | ($60,356) | | | | | | | |
| Zhang, Xuefeng | 6/19/2018 | 10,868 | $11.0077 | ($119,632) | | | | | | | |
| Zhang, Xuefeng | 6/20/2018 | 1,132 | $11.1263 | ($12,595) | | | | | | | |
| Zhang, Xuefeng | 6/21/2018 | 4,000 | $10.5993 | ($42,397) | | | | | | | |
| Zhang, Xuefeng | 6/22/2018 | 1,000 | $10.4268 | ($10,427) | | | | | | | |
| Zhang, Xuefeng | 6/25/2018 | 1,000 | $10.0500 | ($10,050) | | | | | | | |
| Zhang, Xuefeng | 6/27/2018 | 1,000 | $10.1200 | ($10,120) | | | | | | | |
| Zhang, Xuefeng | 7/5/2018 | 2,000 | $9.7350 | ($19,470) | | | | | | | |
| Zhang, Xuefeng | 7/20/2018 | 1,000 | $9.6118 | ($9,612) | | | | | | | |
| Zhang, Xuefeng | 11/27/2018 | 12 | $6.3400 | ($76) | | | | | | | |
| **Zhang, Xuefeng** | | **533,512** | | **($6,464,410)** | | **(404,500)** | | **$4,456,001** | **129,012** | **$829,321** | **($1,179,088)** |